

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: READYONE INDUSTRIES, INC., | § | No. 08-13-00015-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
|  | § |  |
|  | § |  |
|  | § |  |

# **O R D E R**

The Court has this day considered the Relator's petition for writ of mandamus and is of the opinion that the case should be set for submission without oral argument.

It is ORDERED that Relator's petition for writ of mandamus is set for submission without oral argument for Thursday, April 25, 2013.

IT IS SO ORDERED this 1st day of April, 2013.


                                        PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.